SONNY OLSEN (USB #11308)
**AXIOM LEGAL**
730 S. Sleepy Ridge Dr. Ste 300
Orem, Utah 84058
Telephone: (801) 960-3696
sonny@axiom-legal.com
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT,
### CENTRAL DISTRICT, STATE OF UTAH

| | |
|---|---|
| VISION SECURITY, LLC, a Limited Liability Company, ROB HARRIS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>XCENTRIC VENTURES, LLC, an Arizona Limited Liability Company;<br><br>Defendant. | **NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Case No.:  2:13-CV-00926-EJF<br><br>Judge:     Honorable Evelyn J. Furse |

Notice is hereby given that **Brett Evanson (USB #12086) and Brad Weber (USB #12273) of Evanson Weber, PLLC** are substituted as counsel of record for Plaintiffs Vision Security, LLC, a Utah Limited Liability Company and Rob Harris, an individual, in place of **Sonny Olsen of Axiom Legal.** A Motion to Dismiss for Failure to State a Claim is currently pending in this case. However, all pleadings have been submitted to the court and oral arguments have been heard.  Please direct any further pleadings, papers, and correspondence to Plaintiffs' attorney, Evanson Weber, PLLC, at 2975 W. Executive Parkway, Suite 201, Lehi, Utah 84043.

DATED AND SIGNED this 29th day of April, 2014.

_____
SONNY OLSEN
Attorney At Law

_____
ROB HARRIS
CEO of Vision Security

_____
BRETT EVANSON    5-20-14
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, **Notice of Substitution of Counsel,** was served via the Court's electronic notification system on this 20th day of May 2014 to the following:

Jason P. Webb
**JP Webb**
1204 W. South Jordan PKWY, Suite B2
South Jordan, UT 84095

                                              **AXIOM LEGAL**

                                              ___/s/ Sue Petersen_____
                                              Legal Assistant to Sonny Olsen