IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| VISION SECURITY, LLC, a Utah Limited Liability Company, ROB HARRIS, an individual<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>XCENTRIC VENTURES, LLC, an Arizona Limited Liability Company,<br><br>　　　　　　　　Defendant. | **ORDER DENYING MOTION TO DISMISS**<br><br>Case No. 2:13-CV-00926<br><br>Judge Clark Waddoups |

The court heard oral argument on Defendant's Motion to Dismiss (Dkt. No. 19) on August 14, 2014. Plaintiff was represented by Brett Evanson. Defendant was represented by Adam Kunz.

For the reasons stated on the record, the court DENIES the Motion to Dismiss (Dkt. No. 19).

SO ORDERED this 11th day of September, 2014.

　　　　　　　　BY THE COURT:

　　　　　　　　_____
　　　　　　　　Clark Waddoups
　　　　　　　　United States District Court Judge