Jeffrey J. Hunt (5855) (jhunt@parrbrown.com)
Rachel L. Wertheimer (13893) (rwertheimer@parrbrown.com)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah  84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750

Maria Crimi Speth (Ariz. Bar No. 012574) (mcs@jaburgwilk.com)
Aaron K. Haar (Ariz. Bar No. 030814) (akh@jaburgwilk.com)
JABURG & WILK, P.C.
3200 N. Central Avenue
Phoenix, Arizona 85012
Telephone: (602) 248-1000
Facsimile: (602) 248-0522
Admitted *pro hac vice*

Attorneys for Defendant Xcentric Ventures, LLC

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| VISION SECURITY, LLC, a Utah Limited Liability Company, ROB HARRIS, an individual,<br><br>                    Plaintiffs,<br><br>v.<br><br>XCENTRIC VENTURES, LLC, an Arizona Limited Liability Company,<br><br>                    Defendant. | **DECLARATION OF ED MAGEDSON**<br><br>Case No. 2:13-CV-00926<br><br>Judge Jill N. Parrish<br>Chief Magistrate Judge Brooke C. Wells |

ED MAGEDSON hereby declares as follows:

1.       I am over 18 years of age, have personal knowledge of all matters stated herein,

and am in all respects competent to make this Declaration.

2.      I am the founder of www.ripoffreport.com ("Ripoff Report") and at all times

relevant to the above-captioned matter, have been employed as the Manager of Xcentric

Ventures, LLC ("Xcentric").

3.      In that capacity, I handle a variety of business and operational matters on behalf

of Xcentric, including:

      a.      Approving and implementing new policies and procedures;

      b.      Communicating with businesses that are interested in Xcentric's Ripoff

Report Corporate Advocacy Business Remediation & Customer

Satisfaction Program ("Corporate Advocacy Program" or "CAP");

      c.       Communicating with the authors of reports and rebuttals on Ripoff Report

who contact Xcentric by telephone or email;

      d.      Helping consumers resolve a variety of complaints and other issues with

businesses, using my years of experience dealing with unscrupulous

businesses;

      e.      Assisting the media, including network news magazines and local TV

news stations throughout the country, in their efforts to protect consumers

by doing interviews, providing consumer tips, providing newsworthy

topics and information, and connecting the media with consumers who

wish to have their stories heard; and

      f.      Working closely with all levels of federal, state, and local law

enforcement, including but not limited to, various state attorneys general,

local and federal prosecutors, Homeland Security, the United States

Justice Department, US Customs and Border Patrol, the United States

Secret Service, FBI, FTC, SEC, U.S. Postal Inspectors, and local police,

and providing them with information used to locate victims, detect

patterns of deceptive business practices, and prosecute violations of

consumer protection laws, among other things.

4.      I do not recall being contacted by Anthony Rees, by telephone, electronic

communication, or otherwise, regarding the post he made on Ripoff Report about Vision

Security, LLC ("Vision Security") and Rob Harris ("Harris"), a true and correct copy of which is

attached as Exhibit 1 to the Declaration of Anette Beebe, filed concurrently herewith.

5.      I do not recall receiving, prior to Vision Security and Rob Harris filing their

Complaint (October 10, 2013), a copy of the Affidavit of Anthony Rees, dated September 17,

2013, a true and correct copy of which is attached as Exhibit 8 to the Declaration of Rachel L.

Wertheimer, filed concurrently herewith.

6.      In June 2012, Rob Harris contacted me via email to inquire about the Corporate

Advocacy Program.  As a result, he and I exchanged several emails regarding CAP in which he

provided information about Vision Security and I provided detailed information about CAP.  A

true and correct copy of the emails Rob Harris and I exchanged in June 2012, entitled "the

RATES = new application – Corporate Advocacy Program – 3 names – 2 Reports?" produced by

Xcentric in this matter (bates nos. XC000144-163), is attached hereto as Exhibit 1.

7.      In July 2013, Rob Harris contacted me again via email to inquire about CAP and,

as a result, we exchanged another round of emails in which he provided information about

Vision Security and I provided information about CAP.  A true and correct copy of the emails

Rob Harris and I exchanged in July 2013, entitled "the Rates – RE: new app – Corporate Advocacy Program – 16 Reports? Vision Security, Vision Home Security" produced by Xcentric in this matter (bates nos. XC000164-184), is attached hereto as Exhibit 2.

I declare under criminal penalty of the State of Utah that the foregoing is true and correct.

DATED this 3rd day of August 2015.

_____
ED MAGEDSON