Jeffrey J. Hunt (5855) (jhunt@parrbrown.com)
Rachel L. Wertheimer (13893) (rwertheimer@parrbrown.com)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750

Maria Crimi Speth (Ariz. Bar No. 012574) (mcs@jaburgwilk.com)
Aaron K. Haar (Ariz. Bar No. 030814) (akh@jaburgwilk.com)
JABURG & WILK, P.C.
3200 N. Central Avenue
Phoenix, Arizona 85012
Telephone: (602) 248-1000
Facsimile: (602) 248-0522
Admitted *pro hac vice*

Attorneys for Defendant Xcentric Ventures, LLC

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| VISION SECURITY, LLC, a Utah Limited Liability Company, ROB HARRIS, an individual,<br><br>        Plaintiffs,<br><br>v.<br><br>XCENTRIC VENTURES, LLC, an Arizona Limited Liability Company,<br><br>        Defendant. | **STIPULATED MOTION FOR ENTRY OF SUMMARY JUDGMENT**<br><br>Case No. 2:13-CV-00926<br><br>Judge Jill N. Parrish<br>Chief Magistrate Judge Brooke C. Wells |

Plaintiffs Vision Security, LLC and Rob Harris (collectively "Vision Security"), and Defendant Xcentric Ventures, LLC ("Xcentric"), hereby stipulate and agree as follows:

1. On or about October 10, 2013, Vision Security filed its Complaint in this action asserting the following claims against Xcentric: defamation; tortious interference with prospective economic relations; violation of Utah's Deceptive Trade Practices Act, Utah Code § 13-011a-3; and violation of the federal Lanham Act, 15 U.S.C. § 1125(A)1).

2. On or about January 22, 2016, Vision Security filed its First Amended Complaint, which asserted the same claims.

3. On August 3, 2016, Xcentric filed a Motion for Summary Judgment seeking dismissal of all of Vision Security's claims based upon the statutory immunity provided by Section 230 of the Communications Decency Act, 47 U.S.C. § 230 ("Section 230 Immunity"), as well as other grounds.

4. Vision Security is not aware of any genuine issues of material fact that would prevent the application of Section 230 Immunity to Vision Security's claims, thus requiring dismissal of such claims.

5. Accordingly, Xcentric is entitled to judgment as a matter of law.

A proposed order is submitted concurrently herewith.

**STIPULATED AND AGREED** this 3rd day of October 2016.

EVANSON WEBER

/s/ R. Brett Evanson
R. Brett Evanson
Bradley J. Weber
Attorneys for Plaintiffs Vision Security, LLC and Rob Harris


PARR BROWN GEE & LOVELESS, P.C

/s/ Jeffrey J. Hunt
Jeffrey J. Hunt
Rachel L. Wertheimer

JABURG & WILK, P.C.
Maria Crimi Speth
Aaron K. Haar
Attorneys for Defendant Xcentric Ventures, LLC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 3rd day of October 2016, I served a copy of the foregoing **STIPULATED MOTION FOR ENTRY OF SUMMARY JUDGMENT** via the Court's CM/ECF System, on:

    R. Brett Evanson (brett@evansonweber.com)
    Bradley J. Weber (brad@evansonweber.com)
    EVANSON WEBER
    2975 W. Executive Pkwy, Ste. 201
    Lehi, UT  84043

                                        /s/ Rachel L. Wertheimer

4841-2181-8681, v.  1