# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| VISION SECURITY, LLC, a Utah Limited Liability Company, ROB HARRIS, an individual,<br><br>        Plaintiffs,<br><br>v.<br><br>XCENTRIC VENTURES, LLC, an Arizona Limited Liability Company,<br><br>        Defendant. | **ORDER GRANTING STIPULATED MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. 2:13-cv-00926-JNP-BCW<br><br>District Court Judge Jill N. Parrish |

Before the court is a Stipulated Motion for Summary Judgment filed jointly by Plaintiffs Vision Security, L.L.C., and Rob Harris, as well as Defendant Xcentric Ventures, L.L.C., on October 3, 2016. (Docket No. 89). Previously, Defendant filed a separate motion for summary judgment, (Docket No. 81), which argued for dismissal of all of Plaintiffs' claims because they were barred by the immunity granted to providers of interactive computer services under 47 U.S.C. § 230. Upon review of the motion, Plaintiffs concluded that there existed no genuine disputes of material fact pertaining to the application of this immunity, and therefore determined to stipulate to the entry of summary judgment. (Docket No. 89 at 2). Thus, Defendant is entitled to summary judgment under Fed. R. Civ. P. 56(a).

Based on this stipulation, and for good cause shown, the Court hereby **GRANTS** Defendant's motions for summary judgment, (Docket Nos. 81, 89), on all of the claims asserted by Plaintiffs in the First Amended Complaint dated January 22, 2016, (Docket No. 68). Further, the above captioned case is hereby **DISMISSED** with prejudice. Each party shall bear its own costs and attorney's fees.

It is so ordered.

DATED this 28th day of October 2016.

BY THE COURT:

_____
Honorable Jill N. Parrish
United States District Court Judge